**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-6858**

CHARLES W. JOHNSON,

                                        Plaintiff - Appellant,

        versus

STATE OF NORTH CAROLINA; MICHAEL EASLEY,
Governor; DEPARTMENT OF CORRECTIONS; GEORGE
KENWORTHY; SERGEANT COGDELL,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Malcolm J. Howard,
District Judge. (CA-04-182-5-H)

Submitted: October 14, 2004        Decided: October 20, 2004

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles W. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles W. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Johnson v. North Carolina, No. CA-04-182-5-H (E.D.N.C. May 5, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED